UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MATHEW LAMB,<br>　　Plaintiff,<br><br>-v-<br><br>WILLIAMSTON COMMUNITY SCHOOLS,<br>　　Defendant,<br><br>-v-<br><br>WEST EDUCATIONAL LEASING, INC.,<br>d/b/a Professional Contract Mgmt., Inc.<br>　　Third-Party Defendant. | No. 1:13-cv-876<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

The Court has reviewed and approved a stipulation by the parties to settle this case. In exchange for $4,500 from the Williamston Community Schools and $4,500 from West Educational Leasing, Inc., Mathew Lamb agrees that the causes of action in his complaint are **DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS.**

As required by Rule 58 of the Federal Rules of Civil Procedure, this **JUDGMENT** issues.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  August 18, 2014　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge